Slater v. CTA 1:20-cv-3356 Cmplt. Ex. 1 000001

# Chicago Transit Authority

# General Rule Book

## governing
## ALL EMPLOYEES

# In effect October 1, 1989

*Changes in this and the previous edition are indicated in italics*

**This book is the property of the Chicago Transit Authority. It must be returned when called for or when the employee leaves the service.**

**Issued to** _____

Slater v. CTA 1:20-cv-3356 Cmplt. Ex. 1 000001

# ORDINANCE NO. 77163: An Ordinance Revising and Adopting Rules for Employees

BE IT ORDAINED BY CHICAGO TRANSIT BOARD OF CHICAGO TRANSIT AUTHORITY:

**SECTION 1.** Rules and regulations governing employees contained in the Chicago Transit Authority Rail System Rule Book, dated June 1977, attached hereto and made a part hereof, are hereby adopted and approved.

**SECTION 2.** Rules and regulations governing employees contained in the Chicago Transit Authority Bus System Rule Book, dated June 1977, attached hereto and made a part hereof, are hereby adopted and approved.

**SECTION 3.** Rules and regulations contained in the book entitled "Chicago Transit Authority Rules for Operating Employees", dated October 1, 1962, as revised, are hereby repealed.

**SECTION 4.** All other rules heretofore in existence which are not inconsistent with those recited the Rail or Bus System Rule Books referred to in Sections 1 and 2 of this ordinance and in the General Rule Book dated November 6, 1975, shall remain in full force and effect.

**SECTION 5.** That the General Manager, or his designate, shall immediately promulgate and implement the enforcement of the rules contained in the rule books referred to in Sections 1 and 2 of this ordinance.

**SECTION 6.** The General Manager, or his designate, from time to time, but not less often than annually, shall revise, supplement or delete from these rules as may be appropriate to meet the operating and safety needs of the Authority.

**SECTION 7.** This ordinance shall be in full force and effect from and after its passage.

**Approved:**

James J. McDonough
Acting Chairman            June 8, 1977

**Passed:**

Sal. M. Bianchi
Assistant Scretary         June 8, 1977

# FOREWORD

Safe, efficient public transportation is essential to the social and economic well-being of all the people of the Chicago metropolitan area.

Employees in every department of the Chicago Transit Authority can be proud of the essential public service they perform. We are all in the business of providing this service and we must always be mindful of our continuing obligations to our passengers and to the public in general. Through their fares and taxes, they pay our wages and they expect and deserve exemplary service from employees who perform their duties in a diligent, competent and careful manner.

To guide employees in the performance of their important tasks, the Authority has established rules governing conduct and work performance. These rules are the result of a century of experience. They provide the employee with practical guidelines for a successful career in transit and they help ensure the public will have the reliable, safe and cost-effective service it rightfully demands.

**This is the GENERAL RULE BOOK containing rules which are binding on all employees of the Authority. EACH EMPLOYEE must know, understand and comply with every one of these rules. Other rules are set forth in specialized rule books, executive orders and bulletins.**

Clark Burrus  
Chairman, Chicago Transit Board

Bernard J. Ford  
Engagement Manager

This Rule Book is issued  
by order of the CHICAGO TRANSIT BOARD  
Ordinance 77-63, passed June 1977

## DEFINITIONS

1. **Employee** - Any person employed by *the* Chicago Transit Authority.

2. **Rule book , general** - *Written* rules issued by order of the Chairman and Board, compliance with which is mandatory upon every employee of the Authority. The General Rule Book may be supplemented by executive orders, bulletins, *instructions and/or specialized rule books.*

3. **Rule book, *specialized*** - *Written* rules issued by order of a department manager *or deputy executive director*, compliance with which is mandatory upon every employee of the corresponding *unit. Specialized* rule books may be supplemented by executive orders, bulletins *and/or instructions.*

4. **Executive order** - *Written* rules issued by order of *the Executive Director, Chief Administrative Officer, or Chairman,* supplementing the rule book and having the force of a rule for employees addressed in the order.

5. **Bulletin** - *Written* rule issued by order of a department manager *or deputy executive director supplementing a specialized* rule book and having the force of a rule for employees of the corresponding *unit.* Bulletins *may be* posted daily on bulletin boards at locations where employees report to work. Employees must read bulletins before starting work each day.

6. **Instructions** - *Verbal or written explanations* describing how to perform specific duties. Instructions are intended to *assist employees by clarifying and/or supplementing rules, bulletins and orders.*

3

# RULES

7. **Obedience to rules** -
   (a) All rules, orders, bulletins, and instructions must be obeyed.
   (b) Ignorance of the rules, *orders*, bulletins, and instructions will not be accepted as an excuse for failure to comply.
   (c) Violation is cause for disciplinary action.

8. **Conditions imperiling safety** - *Employees* who discover a condition which imperils the welfare of passengers, employees, and/or equipment of the Authority must correct it if it is possible to do so and, in any case, promptly report the *condition to their immediate supervisor and Operations, Communication/Power Control.*

9. **Outside employment** - Employees are not permiited to engage directly or indirectly in any other business or employment without *prior* written permission of the Authority.

10. **Physical examinations** -
    (a) Employees are subject to physical examinations and other medical tests, as deemed necessary to assure fitness to perform their assigned duties.
    (b) Employees involved in an accident *or any other incident* involving a possible claim of injury or property damage may be ordered to submit to *drug and alcohol screening tests using samples of urine and blood.*
    (c) Employees who, when reporting for work or at any time during the workday, *or while on Authority property*, are apparently impaired due to alcohol, controlled substances or narcotics may be ordered to submit to a blood test and urinalysis.
    (d) Employees whose health, *physical, mental or emotional,* is impaired or becomes impaired *or changes significantly* must notify their immediate supervisor as soon as the condition is known to the employee.

4

training and instruction - Employees must attend scheduled instruction sessions as *deemed* necessary and must pass all quizzes, tests, examinations and qualifications that are applicable.

12. **Responsibility for property** -
    (a) Employees who handle fares, revenue, receipts *and property* of the Authority will be held fully responsible for the proper collection, registration and accounting of same.
    (b) Equipment or property issued by the Authority to employees remains the property of the Authority and must be *displayed or* surrendered upon request of Authority officials. Settlement in full must be made for all equipment or property not returned or returned in damaged condition. *All property issued by the Authority must be surrendered when an employee leaves the Authority's employment.*
    (c) The loss *or damage* of any Authority property must be reported immediately to the proper supervisor.
    (d) Abusing, *misusing,* destroying, damaging, stealing, or defacing *revenue,* property, tools or equipment of the Authority or that of others is prohibited.
    (e) *Employees must safeguard the Authority's property.*

13. **Disclosure of official business** - The policies, *practices and documents* of *the* Chicago Transit Authority are the official responsibility of the Chairman and Board. Requests for interviews, information, records or other documents of the Authority shall be referred to the Chairman or to the office to which he delegates responsibility for such.

14. **Personal conduct** - The following acts are not permissible.
    (a) Use or possession of intoxicating liquor, controlled substances, or narcotics of any kind from the time an employee reports for work until the conclusion of the employee's workday, or reporting for work in an impaired condition due to the use of same. *Further, an employee may not have a controlled substance or narcotics of any kind in his or her system from the time an employee reports for*

5

(b) Leading fellow employees into a wildcat strike, work slowdowns, or other impermissable job action, attempting to cause such a *job action*, or participating in such a *job action*.
(c) Unauthorized possession of any type of firearms or other weapons while on duty, on the Authority's premises, or any time while in uniform.
(d) Insubordination.
(e) Conduct unbecoming an employee.
(f) Knowingly accepting relief from or permitting an employee to work who is under the influence of intoxicating liquor, *controlled substances* or narcotics.
(g) Conviction of a felony.
(h) Partaking of intoxicating liquor in any public place while in uniform.
(i) Leaving assigned work location.
(j) Falsifying any *written or verbal* statement.
(k) Gambling while on duty or upon the Authority's premises.
(l) Excessive absenteeism, falsifying sickness or injury.
(m) Use of abusive or obscene language in public.
(n) Use of any unauthorized appliances or devices while on duty.
(o) Practical jokes, horseplay or pranks.
(p) Abuse of use of telephone.
(q) Performing personal work *while on duty or* on Authority property; *diverting Authority resources to personal use*.
(r) Distraction of or unnecessary conversation with any employee on duty.
(s) Smoking in "No Smoking" areas upon the Authority's premises.
(t) Unauthorized reading of books, magazines, newspapers or other material while on duty.
(u) Unauthorized use of personal car for Authority's business.
(v) *Fighting*.
(w) *Abuse of company time; poor work performance*.
(x) *Disrespect to supervisory personnel, co-workers, or the public*.

15. **Accident assistance and information -**
    (a) Employees will render all assistance possible in case of any accident in which employees, *property*, or equipment

6

of the Authority are involved.
- (b) Employees on the scene must provide for the safety and comfort of persons involved and for the protection of Authority *property and* equipment until assistance arrives and they are relieved.
- (c) If persons involved in an accident request information, employees will give only their name, work location, and employee number. Employees must not give any other information about an accident to anyone except authorized Chicago Transit Auuthority personnel.
- (d) *Employees must promptly report the accident to Operations, Communication/Power Control.*

16. **Employees as witnesses** -
    - (a) Employees witnessing or having the knowledge of an accident *or any incident involving the* Authority *are* required to secure witnesses and make out a report whether or not the employee was involved in the occurence.
    - (b) *Employees must promptly report the accident or incident witnessed to Operations, Communication/Power Control.*

17. **Accident/incident reports-**
    - (a) *Complete and accurate* written reports must be made for every accident, disturbance, ejection, *incident*, or other unusual occurrence which involves the Authority. These reports must be made on proper forms before completion of the day's work. Employees must not falsify any reports.
    - (b) *Employees must notify Operations, Communication/Power Control and their immediate supervisor* as soon as possible in any case *of an* accident involving personal injury or serious property damage.
    - (c) *Employees must notify Operations Communication/Power Control as soon as possible* in any case of a collision *involving an Authority vehicle*, a derailment or a fire on *an Authority* vehicle or on Authority property.
    - (d) *Employees* injured on duty must submit a complete and accurate report of the injury and *how it occurred* to *their immediate* supervisor *as soon as possible.*

18. **Reporting for duty -**
    - (a) Employees must not change their scheduled working hours, assignments or duties unless authorized to do

7

so by the appropriate supervisor. Tardiness or unauthorized unexplained absence is not permitted.

(b) If unable to report for duty, employees must notify their immediate supervisor before *their* reporting time. Fulfillment of this requirement does not automatically constitute an excused absence.

19. **Addresses and telephone numbers** - All employees must keep their supervisor advised of their current home address and telephone number.

20. **Unnecessary noise** - Employees must refrain from making unnecessary noise in or around stations, offices, terminals, garages, yards or other Authority properties.

21. **Soliciting** - Canvassing, soliciting, circulating petitions, distribution of material, or the collection of money by or from employees on Authority property is prohibited without written permission of the Authority. *Notwithstanding the foregoing, canvassing, soliciting, circulating petitions or distribution of material is not prohibited and may be conducted without permission of the Authority if such activity satisfies all of the following criteria:*
    1. *it does not take place during working time;*
    2. *circulation of petitions and distribution of material may only take place in non-working areas of the Authority's property; and*
    3. *it does not interfere with normal working activities of employees or inconvenience passengers.*

22. **Employees as passengers-**
    (a) Employees must not occupy seats to the exclusion of passengers.
    (b) While riding the Authority's trains or buses as passengers, or while on the Authority's property, employees must conduct themselves in a responsible manner and must not engage in conversation with employees on duty except when necessary in the execution of their duties.
    (c) To exercise riding privileges in lieu of fare payment, employees must present the proper identification in a *plainly* visible manner.

8

23. **Personal appearance**
    - (a) Personal cleanliness and neatness are required at all times. Hair must be neatly groomed. Curlers or other devices used for teasing and setting may not be worn while on duty. Sideburns, mustaches and beards must be neat and evenly trimmed.
    - (b) The attire of all employees must be clean and in good condition. Employees must be attired as is applicable to their work situation. Employees must conform to uniform or work clothing regulations *when such regulations are applicable*.
    - (c) All attire must conform to the safety and health rules of the Authority.

24. **Use of best judgment** - Should a situation requiring prompt action arise which is not covered by the rules in the General Rule Book, *specialized* rule books, executive orders, bulletins or instructions, the employees involved must use *their best* judgment in selecting the best course of action to follow, then report the action taken to *appropriate* supervision as soon as possible thereafter.

25. **Courtesy** - Employees must be courteous at all times. Patience and self-control must be used to avoid aggravating controversy. In case of a misunderstanding arising *with a member of the public in the performance of employee duties*, employees should politely and quietly request the person to apply to the Customer Assistance office of the Authority for further consideration of the point in question.

26. **Identification card** - Employees are to carry their *Authority* employee identification card whenever on duty.

9

**Originally Issued March 6, 1975**
**Revised November 6, 1975**
**Revised September 24, 1978**
**Revised October 7, 1979**
**Revised May 4, 1986**
**Revised October 1, 1989**

## ETHICS ORDINANCE

Ordinance 89-88, effective November 10, 1989, contains provisions which regulate the conduct of all CTA officials, employees and other persons which interact with the Authority.

It is the purpose of this Ordinance to govern and guide the conduct of CTA officials and employees in a manner that ensures that private interests and personal relationships do not conflict with their public obligations.

This ordinance reinforces CTA ethical standards; states what is expected from CTA officials, employees and contractors; and helps to identify situations inconsistent with CTA standards.