Slater v. CTA 1:20-cv-3356 Cmplt. Ex. 2 000001
Case: 1:20-cv-03356 Document #: 1-2 Filed: 06/08/20 Page 1 of 1 PageID #:25
Page 1 of 2

**Chicago Transit Authority**
**Interview Record**

## Interview Details

| | | | |
|---|---|---|---|
| Employee Name: | Slater, Erek | Badge Number: | 44560 |
| Run #: | | Date: | 05-31-2020 |
| Route Number: | | Vehicle Number: | |
| Direction: | | | |
| Location: | 3112 W Foster Ave, Chicago, IL 60625, USA | | |
| Interview Type: | Behavioural | | |
| Missed Hours: | 0:00 | Reported Hours: | 0:00 |
| Worked?: | No | Called: | 0:00 |
| Interview Date: | 06-05-2020 | | |
| Interview Start Time: | 5:49 | | |
| Reference: | 2020-NP-BO-01050 | | |
| Performance Type: | Behav. Viol. | | |
| Incident Type: | Behavioral Viol | | |
| Blind Case #: | Per Senior Mgr | | |

## Policy Details

As a result of the event(s) shown above, 1.0 points were added under this policy. This brings the total accumulation to 1.0 and resulted in the administrative action(s) shown below. Details of the total accumulation are shown in the table to the right.

| Accumulation Within This Period | |
|---|---|
| Date Charged | Points |
| 05-31-2020 | 1.0 |

| Bulletins Violated |
|---|
| |
| **System Rules Violated** |
| B1,B2.6 |
| **SOPs Violated** |
| |
| **General Rules Violated** |
| 14(d),14(e),14(x),7,7(c) |
| **Employee Comments** |
| I wish union representation. |
| **Manager Comments** |
| Operator instructed he is removed from service and will have his hearing on 6/11/20 @ 0900 hours with the Business Manager and Union Representation for disposition. Operator informed he can arrange to have this hearing moved up to Tuesday, his off day, if he agrees and contacts his union to do so. |

| Decision Details | |
|---|---|
| Manager's Decision | Action Taken |
| Pending further investigation | Referred to Gen Manager |
| Employee Advised of Medical Provider? | Action Taken By |
| No | t. wojewocki |
| | Follow Up Action |
| | Inst By Mngr |

Date Employee is to Report Back to Work
06-05-2020

Signature of Action Initiator
_[signature]_

Signature of Employee
_Erek Slater (under protest)_

SDO
Sun, Tue, Sat

Union Representative

Date
6/5/20

| F.L.S.A. Time: | 0s | | | ☑ On Duty | ☐ Off Duty |
|---|---|---|---|---|---|
| Waiting Hours | Start Hours | End Hours | Pay | Manager's Initial | Garage/Terminal |
| 0s | 0:00 | 0:00 | 0s | | North Park - STO |

http://tops-ops:9669/ReportCenterServer

6/5/2020

Scanned with CamScanner

Slater v. CTA 1:20-cv-3356 Cmplt. Ex. 2 000001