Slater v. CTA 1:20-cv-3356 Cmplt. Ex. 3 000001
Case: 1:20-cv-03356 Document #: 1-3 Filed: 06/08/20 Page 1 of 3 PageID #:26

# Chicago Transit Authority

# Bus System Rule Book

In effect October 31, 2010

**We provide Safe, Clean, On-Time, Courteous, and Efficient Service.**



MY KIND OF TOWN

7907

cta

Scanned with CamScanner
Slater v. CTA 1:20-cv-3356 Cmplt. Ex. 3 000001

# Section B1 – General Information

## B1.1 Definitions

B1.1.1 Operating Employee: The term operating employee includes but is not limited to any employee working as a Bus Operator, Bus Servicer, Bus Repairer, Bus and Truck Mechanic, Bus Laborer (hiker), Chauffeur, Box Puller, Bus Supervisor or Bus Instructor.

B1.1.2 Non-Operating Employee: The term non-operating employee includes but is not limited to any employee working as a Clerk or Bus Janitor.

## B1.2 Authority Over Operating and Non-Operating Employees

All employees must obey orders of the Bus Operations Managers. They also must obey orders of managers, controllers, instructors, supervisors, clerks and other Transit Operations and Authority officials.

## B1.3 Assignment of Work

B1.3.1 Operating and Non-Operating employees will pick according to their seniority in their current classification.

B1.3.2 All Bus Operations employees who are returning to work from unscheduled time-off, not covered by a leave of absence, must report to the garage Manager prior to 1530 hours on the day prior to returning to work.

1

Scanned with CamScanner

## B2.6 Prohibited Activities

Employees must use tact in the enforcement of these regulations and should call the controller for police assistance if required. By city ordinance, the following activities are prohibited on all CTA vehicles and property:

B2.6.1 Smoking or spitting

B2.6.2 Eating and drinking

B2.6.3 Playing sound-emitting devices on buses

B2.6.4 Harassment and disorderly conduct

## B2.7 Ejectments

When a situation occurs that requires a customer to be removed from the bus or other CTA property or to be arrested, employees must call the controller for police assistance.

## B2.8 Peddlers and Beggars

Unauthorized musicians, newsboys, peddlers, solicitors and beggars are not permitted on the bus. Employees should call the controller for police assistance if required.

7